# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEE R. MOORE MCHENRY                                                   PLAINTIFF

v.                             No. 4:12-cv-282-DPM

BARRY FRANK SWITZER                                       DEFENDANT

## JUDGMENT

The Court dismisses McHenry's complaint, *Document No. 2*, without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 May 2012