IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEE R. MOORE MCHENRY                                              PLAINTIFF

v.                              No. 4:12-cv-282-DPM

BARRY FRANK SWITZER                                              DEFENDANT

## JUDGMENT

The Court dismisses McHenry's complaint, *Document No. 2*, without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2012